AO 441    Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Kenneth J. Moser, individually and on Behalf of All Others Similarly Situated

*Plaintiff*

v.

See Attachment

*Defendant*

Civil Action No. 17cv1127-WQH-KSC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Donisi Jax, Inc., a/k/a Nationwide Health Advisors, a Florida Corporation
6245 Powerline Road Suite 204A
Fort Lauderdale, FL 33309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher Reichman
8555 Aero Drive, Suite 303
San Diego, CA 92123
(619) 683-7971

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    6/5/17



John Morrill
*CLERK OF COURT*

S/                         L. Fincher
    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17CV1127-WQH-KSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DONISI JAX, INC., a/k/a NATIONWIDE HEALTH ADVISORS, a Florida Corporation
was received by me on *(date)* 06/07/2017 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CHARLES DONISI, PRESIDENT , who is designated by law to accept service of process on behalf of *(name of organization)* DONISI JAX, INC. a/k/a NATIONWIDE HEALTH ADVISORS. 6245 POWERLINE RD., STE. 204A, FORT LAUDERDALE, FL 33309 at 11:52am on *(date)* 07/07/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 104.60 .

I declare under penalty of perjury that this information is true.

Date: 07/08/2017

*Server's signature*

Douglas Nelson, Process Server
*Printed name and title*

SAN DIEGO SERVICE OF PROCESS
2445 MORENA BLVD. #201
SAN DIEGO, CA 92101
*Server's address*

Additional information regarding attempted service, etc:
ADDITIONAL DOCUMENTS SERVED: First Amended Class Action Complaint; Civil Cover Sheet