Robert S. Crowder, SBN 199556
Joanna Maxwell, SBN 290025
**TRESSLER LLP**
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067
Telephone: (310) 203-4800
Facsimile: (310) 203-4850
Email: rcrowder@tresslerllp.com

Attorneys for Defendant
**UNIFIED LIFE INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. MOSER, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>HEALTH INSURANCE INNOVATIONS, INC., a Delaware Corporation, NATIONAL CONGRESS OF EMPLOYERS, INC., a Delaware Corporation, UNIFIED LIFE INSURANCE COMPANY, a Texas Corporation, COMPANION LIFE INSURANCE COMPANY, a South Carolina Corporation, DONISI JAX, INC. a/k/a NATIONWIDE HEALTH ADVISORS, a Florida Corporation, CHARLES DONISI, an individual, EVAN JAXTHEIMER, an individual, HELPING HAND HEALTH GROUP, INC., a Florida Corporation, ANTHONY MARESCA, an individual, and MATTHEW HERMAN, an individual,<br><br>Defendants. | CASE NO.: 17-cv-1127-WQH-KSC<br><br>**JOINT MOTION TO DISMISS: (1) PLAINTIFF'S CLAIMS AGAINST UNIFIED LIFE INSURANCE COMPANY; AND, (2) UNIFIED LIFE INSURANCE COMPANY'S COUNTERCLAIMS AGAINST PLAINTIFF** |

## JOINT MOTION TO DISMISS

Plaintiff KENNETH J. MOSER ("Plaintiff") and Defendant UNIFIED LIFE INSURANCE COMPANY, INC. ("Unified") reached a settlement as to their respective claims against the other at the April 18, 2018 Early Neutral Evaluation Conference conducted in this action and memorialized in a related Minute Entry. [Docket 59]

As a result of the above-referenced settlement Plaintiff and Unified, in accordance with Federal Rules of Civil Procedure Rules 41 (a) (2) and (c), now file this Joint Motion to Dismiss: (1) all claims brought by Plaintiff against Unified, *with prejudice*; and, (2) all counterclaims brought by Unified against Plaintiff, *with prejudice*.

Dated: May 15, 2018           **PRATO & REICHMAN, APC**

                              By:   *s/ Christopher J. Reichman*
                                    Christopher J. Reichman
                                    Attorneys for Plaintiff
                                    **KENNETH J. MOSER**

Dated: May 15, 2018           **TRESSLER LLP**

                              By:   *s/ Robert S. Crowder*
                                    Robert S. Crowder
                                    Attorneys for Defendant
                                    **UNIFIED LIFE INSURANCE COMPANY**

LA #166401 (11474-0002)