# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. MOSER, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>HEALTH INSURANCE INNOVATIONS, INC., a Delaware Corporation, NATIONAL CONGRESS OF EMPLOYERS, INC., a Delaware Corporation, UNIFIED LIFE INSURANCE COMPANY, a Texas Corporation, COMPANION LIFE INSURANCE COMPANY, a South Carolina Corporation, DONISI JAX, INC. a/k/a NATIONWIDE HEALTH ADVISORS, a Florida Corporation, CHARLES DONISI, an individual, EVAN JAXTHEIMER, an individual, HELPING HAND HEALTH GROUP, INC., a Florida Corporation, ANTHONY MARESCA, an individual, and MATTHEW HERMAN, an individual,<br><br>Defendants. | CASE NO.: 17-cv-1127-WQH-KSC<br><br>**ORDER OF DISMISSAL OF: (1) PLAINTIFF'S CLAIMS AGAINST UNIFIED LIFE INSURANCE COMPANY; AND, (2) UNIFIED LIFE INSURANCE COMPANY'S COUNTERCLAIMS AGAINST PLAINTIFF** |

## ORDER OF DISMISSAL

In accordance with Federal Rules of Civil Procedure Rules 41 (a) (2) and (c), Plaintiff KENNETH J. MOSER ("Plaintiff") and Defendant UNIFIED LIFE INSURANCE COMPANY, INC. ("Unified") have filed a Joint Motion to Dismiss, *with prejudice*, all of Plaintiff's claims against Unified; and, all of Unified's counterclaims against Plaintiff in this action. Good cause appearing therefor, it is hereby ORDERED that: (1) all claims brought by Plaintiff against Unified; and, (2) all counterclaims brought by Unified against Plaintiff, are hereby DISMISSED, *with prejudice*.

IT IS SO ORDERED.

Dated: May 18, 2018

*[signature]*
Hon. William Q. Hayes
United States District Court