Christopher J. Reichman  SBN 250485
Justin Prato SBN 246968
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, CA 92123
Telephone: 619-683-7971
Email: chrisr@prato-reichman.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. MOSER, individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br> vs.<br><br>HEALTH INSURANCE INNOVATIONS, INC., et. al.<br><br>        Defendants. | Case No.: 17-cv-1127-WQH-KSC<br><br>**JOINT RULE 26(f) SCHEDULING REPORT**<br><br><br>Scheduling Conference:<br>September 12, 2016, 8:30 AM<br>Hon. Karen S. Crawford |

- 1 -

JOINT RULE 26(f) SCHEDULING REPORT

**DISCOVERY PLAN**

| Matter | Time | Joint Request of Parties | Court Order |
|---|---|---|---|
| Trial Date (<u>JURY</u>) Estimated Length: 5 Days | 9:00 a.m. | 10/21/19 | |
| Final Pretrial Conference | 9:00 a.m. | 10/4/19 | |
| Deadline to File Motions (other than *in limine*) | | 7/9/19 | |
| Deadline for Rebuttal Expert Designation and Reports | | 6/26/19 | |
| Deadline for Expert Designation and Reports | | 5/21/19 | |
| Discovery Cut – Off (except for experts) | | 4/31/19 | |
| Deadline to File Class Certification Motion | | 12/7/18 | |
| Deadline to Amend Pleadings | | 8/10/18 | |
| Case Management Conference | 10:00 a.m. | 6/8/18 | |

/ / /

/ / /

- 2 -

JOINT RULE 26(f) SCHEDULING REPORT

# RULE 26(f)(3) PLAN REQUIREMENTS

A.    Initial Disclosures

The Court has already set initial disclosures for May 25, 2018.  The parties do not propose any changes to the form of initial disclosures.

B.    Discovery Subjects and Phasing

The parties foresee the need for discovery on all prima facie case elements, affirmative defenses, the issue of agency, and all Rule 23 class certification factors.  The parties do not propose any discovery phasing or special limitations on discovery.

C.    Electronically Stored Information

The parties have agreed that electronically stored information ("ESI") shall be preserved as required by law.  The parties have agreed that unless a discovery request specifies format ESI shall be initially produced in Adobe PDF or other commonly used format, and that the requesting party may thereafter request native format if necessary.

D.    Protective Order

The parties have not agreed on a protective order.  Defendants propose to use the Southern District model protective order as-is.  Plaintiffs have proposed using the model protective order with one addition using language from the Northern District model protective order.  The parties have not yet been able to reach agreement on this issue.

/ / /

- 3 -

E.      Changes To Normal Discovery Procedure

The parties do not foresee any need to change normal discovery procedures other than those identified above.

F.      Other Issues

The parties have identified no other issues and propose no special orders other than those identified above.

## CHAMBERS RULES REQUIRMENTS

1.      Specialized Discovery For Settlement

The parties do not believe any limited discovery is likely to aid settlement talks at this time.

2.      Electronically Stored Information

See item "C", above.

3.      Issues Requiring Expert Evidence

The parties foresee a likelihood that expert evidence will be needed on the issue of whether calling equipment constitutes an "autodialer" and/or "automatic telephone dialing system" within the meaning of the TCPA and relevant FCC orders.   Additionally, the parties expect that expert evidence will be required on issues related to the forensic examination, extraction, evaluation, analysis, and interpretation of cellular telephone records, and data retrieved from cellular and landline telephones, mobile devices, computers, and other electronic devices.

4.      Disputed Claim of Privilege Procedure

JOINT RULE 26(f) SCHEDULING REPORT

The parties do not foresee a need for a special mechanism for disputed claims of privilege beyond the normal motion to compel procedure in the Chambers Rules and Local Rules.

5.   Protective Order
     See item "C", above.

///

- 5 -

The foregoing discovery plan is jointly agreed to by counsel for all parties signed below on this the 21st day of May, 2018:


**PRATO & REICHMAN, APC**               **NOSSAMAN  LLP**


/s/ Christopher J. Reichman             /s/ Jennifer L. Meeker
Christopher J. Reichman,                Jennifer L. Meeker,
Attorney for Plaintiffs,                Attorney for Defendant,
KENNETH J. MOSER,                       DONISI JAX, INC.
and the putative class


**GREENSPOON MARDER  LLP**              **TROUTMAN SANDERS  LLP**


/s/ Garry W. O'Donnell                  /s/ Chad Fuller
Gary W. O'Donnell,                      Chad Fuller,
Attorney for Defendant,                 Attorney for Defendant,
HEALTH INSURANCE                        COMPANION LIFE
INNOVATIONS, INC.                       INSURANCE COMPANY


**HEGELER & ANDERSON, APC**


/s/ Storm Anderson
Storm Anderson,
Attorney for Defendant,
NATIONAL CONGRESS
OF EMPLOYERS, INC.

JOINT RULE 26(f) SCHEDULING REPORT