NOSSAMAN LLP
JENNIFER L. MEEKER (SBN 260138)
jmeeker@nossaman.com
777 South Figueroa Street, 34th Floor
Los Angeles, California 90017
Telephone: (213) 612-7800
Fax: (213) 612-7801

Attorneys for Defendant Donisi Jax, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. MOSER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH INSURANCE INNOVATIONS, INC., a Delaware Corporation, NATIONAL CONGRESS OF EMPLOYERS, INC., a Delaware Corporation, COMPANION LIFE INSURANCE COMPANY, a South Carolina Corporation, DONISI JAX, INC. a/k/a NATIONWIDE HEALTH ADVISORS, a Florida Corporation, HELPING HAND HEALTH GROUP, INC., a Florida Corporation,<br>            Defendants. | Case No. 17-cv-1127-WQH-KSC<br><br>**DECLARATION OF JENNIFER L. MEEKER IN SUPPORT OF JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTES**<br><br><br>Date Action Filed: June 5, 2017<br>Trial Date: None set |

I, Jennifer L. Meeker, declare as follows:

1. I am an attorney licensed to practice law in the state of California and am admitted to practice before this Court. I am a partner with the law firm of Nossaman LLP, counsel of record for Defendant Donisi Jax, Inc. ("Defendant"). I make this declaration from my own personal knowledge, and could and would competently testify to the following if called upon to do so.

2. I served responses and objections to the discovery requests at-issue in this motion on July 5 via mail.

3. The parties met-and-conferred by phone on August 21, 2018, in a conversation I personally attended, and it appeared that several areas of agreement could be reached. Accordingly, the parties jointly requested this Court extend its 45-day deadline for any motions to compel to allow the parties to conclude these efforts and hopefully reduce the disputed issues. Meet-and-confer efforts continue.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of August, 2018 at Los Angeles, California.

By: */s/ Jennifer L. Meeker*
    Jennifer L. Meeker
    Attorneys for Defendant Donisi Jax, Inc.