# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. MOSER, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>HEALTH INSURANCE INNOVATIONS, INC., et al.,<br><br>  Defendants. | Case No.:  17-cv-1127-WQH-KSC<br><br>**ORDER** |

///

///

///

///

///

HAYES, Judge:

Upon consideration of the Parties' Joint Motion Seeking Extension of Time to Submit Joint Plan for Dissemination of the Proposed Class Notice (ECF No. 154), and good cause appearing:

IT IS HEREBY ORDERED that the Parties' deadline to submit a plan for dissemination of the proposed class notice to the Court is extended sixty days, up to and including December 6, 2019.  During this time, the parties shall not engage in any merits discovery.

Dated:  October 3, 2019

Hon. William Q. Hayes
United States District Court