# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. MOSER, individually and on behalf of all others similarly situated,<br><br>                           Plaintiff,<br><br>v.<br><br>HEALTH INSURANCE INNOVATIONS, INC. et al.,<br><br>                           Defendants. | Case No.: 17-cv-1127-WQH-KSC<br><br>**ORDER** |

HAYES, Judge:

The Court's August 7, 2019, Order granting partial class certification is on appeal to the Ninth Circuit Court of Appeals, Case Number 19-56224. The Court ordered the Parties to submit a Joint Plan for Dissemination of the Proposed Class Notice by December 6, 2019. (ECF No. 155).

Upon consideration of the Parties' Joint Motion Seeking Extension of Time to Submit Joint Plan for Dissemination of the Proposed Class Notice (ECF No. 166), and good cause appearing:

IT IS HEREBY ORDERED that this case is stayed until the outcome of Ninth Circuit Court of Appeals Case Number 19-56224 is resolved.

Dated: December 10, 2019

Hon. William Q. Hayes
United States District Court