1 **NICHOLAS & TOMASEVIC, LLP**
  Ethan T. Litney (SBN 295603)
2 225 Broadway, 19th Floor
  San Diego, California 92101
3 Tel: (619) 325-0492
  Fax: (619) 325-0496
4 Email: elitney@nicholaslaw.org

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. MOSER, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>    vs.<br><br>HEALTH INSURANCE INNOVATIONS, INC., a Delaware corporation; NATIONAL CONGRESS OF EMPLOYERS, INC., a Delaware corporation; COMPANION LIFE INSURANCE COMPANY, a South Carolina corporation; DONISI JAX, INC., a Florida corporation; HELPING HAND HEALTH GROUP, INC., a Florida corporation; ANTHONY MARESCA, an individual; and MATTHEW HERMAN, an individual<br><br>                    Defendants. | CASE NO. 3:17-cv-01127-WQH-KSC<br><br>**NOTICE OF WITHDRAWAL OF ETHAN T. LITNEY**<br><br><br>**Judge**:       Hon. William Q. Hayes<br>**Magistrate**:  Hon. Karen S. Crawford<br><br>**Complaint Filed**: June 5, 2017 |

COMES NOW Ethan T. Litney of Nicholas & Tomasevic, LLP ("N&T") who files this Notice of Withdrawal. Ethan T. Litney formerly represented Defendant, National Congress of Employers, Inc., ("NCE"), under the firm Hegeler & Anderson, APC ("H&A") and he is no longer with H&A. H&A's attorneys remain as counsel of record for NCE. Ethan T. Litney requests to be withdrawn as counsel of record. Therefore, all further notices and pleadings should continue to be directed to H&A's attorneys. This Notice of Withdrawal will be effective immediately without further notice.

Respectfully submitted:

DATED:   February 6, 2020          **NICHOLAS & TOMASEVIC, LLP**

By:     */s/ Ethan T. Litney*
Ethan T. Litney
225 Broadway, Floor 19
San Diego, California 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496
Email: elitney@nicholaslaw.org