UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. MOSER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH INSURANCE INNOVATIONS, INC., a Delaware corporation; NATIONAL CONGRESS OF EMPLOYERS, INC., a Delaware corporation; COMPANION LIFE INSURANCE COMPANY, a South Carolina corporation; DONISI JAX, INC., a Florida corporation also known as Nationwide Health Advisors; HELPING HAND HEALTH GROUP, INC., a Florida corporation; ANTHONY MARESCA, an individual; and MATTHEW HERMAN, an individual,<br><br>Defendants. | Case No.: 17-cv-1127-WQH-KSC<br><br>**ORDER** |

HAYES, Judge:

Upon consideration of the parties' Joint Status Statement and request that the parties "provide the Court with a status update regarding the results of the mediation efforts by November 17, 2021" (ECF No. 173 at 4),

1   IT IS HEREBY ORDERED that the parties shall file a status report on the results of
2 the mediation on or before November 17, 2021.

3 Dated: October 26, 2021

*[signature: William Q. Hayes]*
4 Hon. William Q. Hayes
United States District Court